# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JAMES GREGORY HOWELL, JR., | } | |
| Plaintiff, | } | Civil Action No. |
| | } | |
| vs. | } | 1:20-cv-03389-MHC |
| | } | |
| THE MOREHOUSE SCHOOL OF MEDICINE, INC., | } } | |
| Defendant. | } | |

## NOTICE OF APPEAL

Notice is hereby given that James Gregory Howell, Jr., Plaintiff in the above-named case, pursuant to Federal Rules of Appellate Procedure 3 and 4, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Orders [Docs. 47 and 74]; and the Judgment entered thereon [Doc. 86] entered in this action on the 11th day of October, 2022, as directed by this Court's Order [Doc. 85].

1

This 9th day of November, 2022.

                                          Respectfully submitted,

                                          */S/ Drew Mosley*
                                          Drew Mosley, Esq.
                                          GA Bar No. 526406
                                          Drew Mosley, LLC
                                          279 W. Crogan St.
                                          Lawrenceville, Georgia 30046
                                          678-225-0098
                                          678-221-0230 fax
                                          drew@mlawmail.com

## **LOCAL RULE CERTIFICATION**

Undersigned counsel attests that this document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

Respectfully submitted this 9th day of November, 2022.

*/S/ Drew Mosley*
Drew Mosley, Esq.
GA Bar No. 526406
Drew Mosley, LLC
279 W. Crogan St.
Lawrenceville, Georgia 30046
678-225-0098
678-221-0230 fax
drew@mlawmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2022, I electronically filed the foregoing with the Clerk of Court, to be served by operation of the Court's electronic filing system upon the following:

Nakimuli Davis-Primer
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211

Jonathan Stuart
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
3414 Peachtree Rd NE
Monarch Plaza, Suite 1500
Atlanta, GA 30326

This 9th day of November, 2022.

*/S/ Drew Mosley*
Drew Mosley, Esq.
GA Bar No. 526406
Drew Mosley, LLC
279 W. Crogan St.
Lawrenceville, Georgia 30046
678-225-0098
678-221-0230 fax
drew@mlawmail.com