# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

DOCKETING SECTION
404-215-1655

November 9, 2022

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

      **U.S.D.C. No.:** 1:20-cv-3389-MHC
      **U.S.C.A. No.:** 00-00000-00
      **In re:**    James Gregory Howell, Jr. v. The Morehouse School of Medicine, Inc.

    Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Order and Docket Sheet appealed enclosed.** |
| ___ | This is not the first notice of appeal. Other notices were filed on: . |
| ___ | There is no transcript. |
| **X** | **The court reporter is Judith Wolff.** |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| ___ | Fees paid electronically on . |
| ___ | Appellant has been   leave to proceed *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is Mark H. Cohen.** |
| ___ | This is a **DEATH PENALTY** appeal. |

                        Sincerely,

                        Kevin P. Weimer
                        District Court Executive
                        and Clerk of Court

                By:   /s/**P. McClam**
                        Deputy Clerk